UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE PHILIP JAMES METSCHAN,

    Debtor.

| | |
|---|---|
| SHAY,<br><br>    Creditor-Appellant,<br><br>v.<br><br>HOFFMAN,<br><br>    Trustee-Appellee. | Case No. 22-cv-05447-VC<br><br>**JUDGMENT** |

    The Court, having affirmed the bankruptcy court, now enters judgment in favor of trustee-appellee Hoffman. The Clerk of Court is directed to close the case.

    **IT IS SO ORDERED.**

Dated:  May 24, 2023

_____
VINCE CHHABRIA
United States District Judge